AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MITCHELL PESTA and AIMEE JEAN PESTA,

               Plaintiffs,

             v.

QUICKEN LOANS, INC., et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-023-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and Plaintiffs' Complaint is dismissed with prejudice pursuant to the Order Granting Motion to Dismiss entered April 19, 2013, ECF No. 17.

4/19/2013
_____
*Date*

SEAN F. McAVOY
_____
*Clerk*
  s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas
_____